UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Eric Sanford Wilson

**Case/AP Number** 18-12603 **-FJB**
**Chapter** 7

#1 Chapter 7 Voluntary Petition for Individuals

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CORRECTED ORDER: The debtor is obligated to file the matrix with the petition. See MLRB 1007-1(a), as amended by Standing Order 2018-01. The Debtor shall file the matrix by the close of business today, July 10, 2018, failing which this case will be dismissed without further process.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_   Dated: 07/10/2018
Frank J. Bailey
United States Bankruptcy Judge