

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> ERIC SANFORD WILSON, <br>     Debtor | Ch. 7 <br> 18-12603-FJB |

### Order

**MATTER:**

#45; Motion filed by Debtor Eric Sanford Wilson to Reopen Chapter 7 Case with certificate of service. Fee Amount $260 (Attachments: # 1 Affidavit of Eric Wilson) (Groulx, Patrick)

No objection filed. Granted: the case is hereby reopened in order for the Debtor to list a previously omitted creditor. The Debtor shall file an amended Schedule E/F and a motion to approve the same on or before August 24, 2020 at 4:30 PM. The deadline for newly-listed creditor to file a complaint to determine the dischargeability of the Debtor's obligations to them is October 9, 2020. This order should not be construed as a ruling on the dischargeability of the newly-added debts. The Debtor shall immediately notify the added creditor of this order and of the fact that they are a newly-added creditor to whom this order applies, and the Debtor shall, on or before August 17, 2020 at 4:30 PM, file a certificate of service as to such notice.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 8/10/2020